No. 86–179. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL. v. AMOS ET AL.; and

No. 86–401. UNITED STATES v. AMOS ET AL. D. C. Utah. [Probable jurisdiction postponed, 479 U. S. 929.] Motion of

appellees for leave to file a supplemental brief after argument denied.